O

# United States District Court
# Central District of California

| | |
|---|---|
| MARTIN VOGEL,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DOLANOTTO, LLC,<br><br>　　　　　Defendants. | Case No. 16-CV-02488-ODW-KS<br><br>**ORDER STAYING ACTION AND REQUIRING EARLY MEDIATION**<br><br>**[11]** |

　　　　The Court, having considered the ADA Disability Litigation Application for Stay and Early Mediation (ECF No. 11), hereby **ORDERS**:

　　　　1.　　This action is stayed for a period of 90 days from the date of the filing of this Order, unless otherwise ordered by the court.

　　　　2.　　This case is referred to:

　　　　ADR PROCEDURE NO. 2: This case is referred to the ADR Program. Within twenty-one (21) days, the parties shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and the plaintiff shall file form ADR-2, Stipulation Regarding Selection of Mediator. If the parties have not selected and obtained the consent of a panel member within twenty-one (21) days, the ADR Program (213-894-2993) will assign a mediator from the panel. Forms and a list of the mediators on the court panel are available on the court website, www.cacd.uscourts.gov. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business

days of a scheduled mediation.

3. Plaintiff shall file with the Court and serve on defendant(s) at least 45 days before the date set for the early mediation a statement ("Plaintiffs Case Statement") that includes all of the following:

    a. An itemized list of specific conditions on the subject premises that are the basis of the claimed violations of the ADA;

    b. The amount of damages;

    c. The amount of attorney's fees and costs incurred to date, if any, that are being claimed; and

    d. Any demand for settlement of the case in its entirety.

4. If a defendant has remedied any or all of the violation(s) identified by plaintiff, or asserts that no violation exists, that defendant shall file with the court and serve on plaintiff evidence showing the correction or absence of violation(s) at least 10 days before the date set by early mediation.

5. The parties shall file with the Court a Joint Status Report no later than 7 days after the ADR proceedings is completed advising the Court of the status of the alleged ADA violations and their mediation efforts.

**IT IS SO ORDERED.**

August 1, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**