O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARTIN VOGEL, | Case No: 2:16-cv-02488-ODW-KS |
|---|---|
| Plaintiff, | **ORDER LIFTING STAY AND RESETTING SCHEDULING CONFERENCE DATE** |
| v. | |
| DOLANOTTO, LLC, | |
| Defendant. | |

Due to the parties' inability to agree on a plan for remediation or monetary settlement (*see* Joint Status Report, ECF No. 25), and because the 90-day period of the Stay has expired,

**IT IS HEREBY ORDERED** that:

1. The Stay is LIFTED;
2. The date of the Scheduling Conference shall be reset for December 19, 2016, at 1:30pm; and
3. The parties shall refer to the Court's previous Order Setting the Scheduling Conference (ECF No. 17) for instructions on meeting in advance of the Scheduling Conference and submitting a jointly signed report for the Court.

**IT IS SO ORDERED**.

November 15, 2016

 _____
 **OTIS D. WRIGHT, II**
 **UNITED STATES DISTRICT JUDGE**